NUECES COUNTY COURTHOUSE
CHIEF JUSTICE
 901 LEOPARD, 10TH FLOOR
 ROGELIO VALDEZ
 CORPUS CHRISTI, TEXAS 78401
 361-888-0416 (TEL)
JUSTICES
 361-888-0794 (FAX)
 NELDA V. RODRIGUEZ
 DORI CONTRERAS GARZA
 HIDALGO COUNTY
 GINA M. BENAVIDES
 ADMINISTRATION BLDG.
 GREGORY T. PERKES
 NORA L. LONGORIA Court of Appeals 100 E. CANO, 5TH FLOOR
 EDINBURG, TEXAS 78539
 956-318-2405 (TEL)
CLERK
 DORIAN E. RAMIREZ Thirteenth District of Texas 956-318-2403 (FAX)

 June 20, 2014

 Hon. Jose Garza
 Law Office of Jose Garza
 7414 Robin Rest Drive
 San Antonio, TX 78209

 Hon. Keith C. Livesay
 517 W. Nolana
 Brazos Suites No.9
 McAllen, TX 78504

 Re: Cause No. 13-14-00275-CV
 Tr.Ct.No. C-2192-14-G
 Style: Paul M. Vazaldua Jr. v. Jaime Jerry Muñoz

 Dear Attorneys:

 Enclosed please find the opinion and judgment issued by the Court on this date.

 Very truly yours,

 Dorian E. Ramirez, Clerk

 DER:ch
 Enc.
 cc: 370th District Court
 Hon. Don Wittig
 Hon. Laura Hinojosa, Hidalgo County District Clerk
 Hon. J. Rolando Olvera Jr., Presiding Judge, 5th Administrative Judicial Region